IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN OKUZONO-PERKINS,   )   <br>   )   <br>   Plaintiff   )   <br>   )   <br>   v.   )   <br>   )   <br> NCO FINANCIAL SYSTEMS, INC.   )   <br>   )   <br>   Defendant   )   <br>   )   <br>   )   <br>   )   | **Case No.: 2:12-cv-3500-MSG** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.


Dated: August 13, 2012         BY:/s/Craig Thor Kimmel
                               Craig Thor Kimmel, Esquire
                               Attorney ID # 57100
                               Kimmel & Silverman, P.C.
                               30 E. Butler Pike
                               Ambler, PA 19002
                               Phone: (215) 540-8888
                               Facsimile: (877) 788-2864
                               Email: kimmel@creditlaw.com
                               Attorney for Plaintiff